In the Matter of NEW YORK STATE GUERNSEY BREEDERS' CO-OP-ERATIVE, INC., Respondent, against C. CHESTER DU MOND, as Commissioner of Agriculture and Markets of the State of New York, Appellant.

Submitted October 18, 1943; decided November 18, 1943.

*Irving G. Hubbs* and *Merritt A. Switzer* for motion.

*Robert G. Blabey* and *Donald L. Brush* opposed.

Motion granted and appeal dismissed with costs and ten dollars costs of motion, on the ground that the order does not finally determine the proceeding within the meaning of the Constitution.